# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                            CASE NO. 3:07MJ269

OLLIS J. ALLRED

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on    December 11, 2008
Type of Motion/Pleading: Motion for Plea Bargain and Trial in Absentia
Filed by: defendant           on 12/11/08     Document  3
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

_/s/ Joanne Ahr_
Deputy Clerk: Joanne Ahr

## ORDER

Upon consideration of the foregoing, it is ORDERED this __17TH__ day of December, 2008, that:

(a)   The requested relief is ~~GRANTED~~/DENIED.

(b)   _____

_/s/ Miles Davis_
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 12-17-08  By: XU
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Swain/Preisser, Allred

Document No.