**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:07mj269

OLLIS J. ALLRED

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   January 7, 2009
Type of Motion/Pleading: Motion for Order of Dismissal
Filed by: USA                          on 1/7/09         Document   5
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        /s/ Joanne Ahr
                                        Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this __7TH__ day of December, 2009, that:

(a)    The requested relief is GRANTED.
(b)    _____

                                        /s/ Miles Davis
                                        MILES DAVIS
                                        UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 1-7-09   By: /s/
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Swain, Preisser, Allred

Document No.